

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  ALLISON REESE
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Email: Allison.Reese@usdoj.gov
6  *Representing the United States of America*

7                **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
8

9  IN RE: GRAND JURY SUBPOENA
   2020R00107-001                          Case No. 2:20-mj-17-BNW
10
                                           **GOVERNMENT'S MOTION TO UNSEAL**
                                           **CASE**
11

12         **CERTIFICATION:  This Motion is timely filed.**

13         COMES NOW the United States of America, by and through its attorneys, NICHOLAS A.

14  TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and

15  respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned

16  requests to unseal the Application and Order Commanding Provider Not to Notify Any Person of

17  the Existence of the Subpoena filed under the instant case and all related documents in anticipation

18  of producing the same as discovery in Case No. 2:20-cr-00145-APG-EJY.

19  **DATED** this 11th day of August, 2020.

20                              Respectfully,

21                              NICHOLAS A. TRUTANICH
                                United States Attorney
22
                                *Allison Reese*
23                              _____
                                ALLISON REESE
                                Assistant United States Attorney
24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA 2020R00107-001 | Case No. 2:20-mj-17-BNW |
| | **ORDER TO UNSEAL** |

     Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

     **DATED** this ___13th___ day of August, 2020.

_____
HONORABLE BRENDA N. WEKSLER
United States Magistrate Judge